Lee Graham, Appellant, v. R. R. Rosborough, Appellee.

Division B.

Appeal from Circuit Court, Alachua county; William A. Hocker, Judge.

B. A. Thrasher for appellant.

A. H. King for appellee.

The bill in this cause was filed by the appellee against the appellant. There was decree for the complainant, and the defendant appeals. Decree affirmed.

Decision *Per Curiam.*